IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ISAAC DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CA 21-0044-CG-MU |
| | ) |
| JUSTIN HOLIFIELD, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72, and General Local Rule 72(a)(2)(S), and dated December 9, 2021 (Doc. 50) is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiff's motion strike (Doc. 45) is **GRANTED IN PART** but **DENIED IN LARGE MEASURE**. Affirmative Defenses 7, 12, 13, 14, and 25 are **STRICKEN**; however, the motion to strike is **DENIED** as to Affirmative Defenses 1-6, 8-11, 15-24, and 26-28.

**DONE** and **ORDERED** this the 29th day of December, 2021.

                                        /s/ Callie V. S. Granade
                                      SENIOR UNITED STATES DISTRICT JUDGE